ent, v. REBECCA ETTINGER, Appellant, Impleaded with Others, Defendants.—
Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch,
McAvoy, Martin and Proskauer, JJ.

IDA CHERSONSKY, an Infant, by MARY CHERSONSKY, Her Guardian ad Litem,
Appellant, v. HYMAN I. PERSH, Respondent.— Judgment affirmed, with costs.
No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Pros-
kauer, JJ.

MAX STERN, Respondent, v. GERTRUDE DEITELBAUM and MICHAEL TAYLOR,
Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling,
P. J., Finch, McAvoy, Martin and Proskauer, JJ.

CHARLES ABRAMS and WILLIAM B. LEVY, Appellants, v. HARPER & BROTHERS,
Respondent, Impleaded with Another, Defendants.— Order affirmed, with ten
dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch,
McAvoy, Martin and Proskauer, JJ.

TITLE GUARANTEE AND TRUST COMPANY, Appellant, v. JOSEPH G. SIEGEL,
INC., Respondent.— Order affirmed, with ten dollars costs and disbursements.
No opinion. Present — Dowling, P. J., McAvoy, Martin and Proskauer, JJ.

DAVID A. CALHOUN, Respondent, v. S. MORRILL BANNER and 71 WEST 12TH
STREET, INC., Appellants.— Judgment affirmed, with costs. No opinion. Pres-
ent — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

AUGUSTINA DAVIDOFF, Respondent, v. LOUIS FRIEFIELD, Appellant. — Judg-
ment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch,
McAvoy, Martin and Proskauer, JJ.

MOSES DAVIDOFF, Respondent, v. LOUIS FRIEFIELD, Appellant.— Judgment
affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy,
Martin and Proskauer, JJ.

STANDARD ACCIDENT INSURANCE COMPANY, Appellant, v. BENJAMIN H. MARKS,
Respondent.— Order affirmed, with ten dollars costs and disbursements. No
opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MORRIS TILE, MARBLE AND SLATE WORKS, INC., a Domestic Corporation,
Respondent, v. BENRICH CONSTRUCTION CORPORATION, a Domestic Corporation,
and Others, Appellants.— Judgment affirmed, with costs. No opinion. Pres-
ent — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OTTO BLENK, Appel-
lant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch,
McAvoy, Martin and Proskauer, JJ.

NATHAN SCHOENBERG and VICTOR LEFF, Respondents, v. BERNARD NICH-
THAUSER, Appellant.— Judgment affirmed, with costs. No opinion. Present —
Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PACIFIC GUANO AND FERTILIZER COMPANY, Respondent, v. FREDERICK
OPOLINSKY, Appellant.— Determination affirmed, with ten dollars costs and
disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin
and Proskauer, JJ.

THE PACIFIC GUANO AND FERTILIZER COMPANY, Respondent, v. FREDERICK
OPOLINSKY, Appellant.— Determination affirmed, with ten dollars costs and
disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin
and Proskauer, JJ. [135 Misc. 265.]